# United States District Court

**NOT FOR PUBLIC VIEW**

Southern DISTRICT OF California

2008 JUL 30 PM 2:10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
Express Mail EB874230285US addressed to Mary Walker, 6549 Perth Place, San Diego, Ca 92139.

## SEARCH WARRANT

CASE NUMBER: '08 MJ 2318

TO: P. G. Garn, Postal Inspector       and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn                   who has reason to
                                         Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern                       District of California                       there is now
concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  8/8/08
                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _Magistrate Judge_
                                                                                  U. S. Judge or Magistrate
as required by law.

7/29/08    12:30 pm –    at   San Diego, CA
Date and Time Issued                City and State

Louisa Porter, Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| July 29, 2008 | July 29, 2008   1355 hrs | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

A.L. Flores and P.G. Gavin Postal Inspectors

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail EB 874 230 285 US

To Mary Walker
6549 Perth Place
San Diego CA 92139

- Express Mail shipping box
- air Nike shoe box
- bundle wrapped in tissue which contained two bundles of US Currency

  12 X $100
  18 X $50
  242 X $20

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

P G Gavin

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate                    Date 7/30/08